IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEVEN L. INSKEEP, : | |
| Plaintiff, : | |
| : | Case No. 3:06CV298 |
| vs. : | District Judge Walter Herbert Rice |
| : | Magistrate Judge Sharon L. Ovington |
| CITY OF URBANA, OHIO, : | |
| Defendant. : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 14, 2007 (Doc. #12); AND DENYING DEFENDANT'S MOTION TO DISMISS (Doc. #7)**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on February 14, 2007 (Doc. #12) is ADOPTED in full;

2. Defendant City of Urbana, Ohio's Motion to Dismiss (Doc. #7) is DENIED.

*[signature]*

Walter Herbert Rice
United States District Judge